

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2013

No. 04-13-00545-CV

**IN RE RYDER INTEGRATED LOGISTICS, INC.**
and Ryder Integrated Logistics of Texas, LLC

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice

On August 12, 2013, relators filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition in this court no later than August 28, 2013.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on August 14, 2013.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2010-CI-03779, styled *Denise Molina and George Duzane, Co-conservators of Rafael "Ralph" Molina and Rafael "Ralph" Molina v. Ryder Integrated Logistics, Inc. et al.*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel, Jr. presiding.